# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147299 & (33)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                          SC: 147299
                                           COA: 311260
                                           Wayne CC: 10-004218-FH

ADAM JOHN KORESJZA,
          Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the April 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for production of transcripts and records is DENIED.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013

s1021                                        Clerk